# **EXHIBIT B**



**EXHIBIT B**